## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GIVI SHERMADINI,**<br>            *Petitioner,*<br><br>        v.<br><br>**JAMAL L. JAMISON,** in his official capacity as Warden of Federal Detention Center, Philadelphia **AND JOHN RIFE,** in his official capacity as Acting Field Office Director, United States Immigration and Customs Enforcement,<br>            *Respondents.* | **Civil No. 26-4341** |

## ORDER

**AND NOW**, this 1st day of July, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Givi Shermadini and all corresponding briefing, it is hereby **ORDERED** as follows:

1.      The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

2.      Shermadini is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3.      The Government shall **RELEASE** Shermadini from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on July 2, 2026.

4.      The Government is temporarily enjoined from re-detaining Shermadini for seven days following his release from custody.

5.      If the Government chooses to pursue re-detention of Shermadini after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a

neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

BY THE COURT:

_____
MARY KAY COSTELLO, J.